■ AQUAMARINE COMPANIA NAVIERA, S. A., PANAMA, Respondent, v. LONDON & OVERSEAS INS. Co., LTD., et al., Appellants.— Order dated June 9, 1960, directing examination of defendants before trial and for discovery and inspection of said defendants' books, records and papers, unanimously modified, without costs, on the facts and the law and in the exercise of discretion, to the extent of further limiting the examinations before trial and the discovery to such books, records, papers or other documents which are not the work products of investigators, experts, counsel or other agents and employees of defendants functioning in similar capacities, and said order as so modified is otherwise affirmed. The appeals taken from the order dated June 21, 1960, denying defendants' motion for an order resettling the order of the Supreme Court, New York County, dated June 9, 1960, and from the order dated March 3, 1960, directing settlement of an order, are unanimously dismissed, as academic, with $20 costs and disbursements to respondent. Settle order on notice. Motion for a stay dismissed, having become academic by virtue of the decision herein. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ AQUAMARINE COMPANIA NAVIERA, S. A., PANAMA, Respondent, v. LONDON & OVERSEAS INS. Co., LTD., et al., Appellants.— Order, dated June 10, 1960, granting plaintiff's motion for an examination before trial of Harry A. Webber as a witness and directing the production of pertinent books and records in accordance with section 296 of the Civil Practice Act, unanimously reversed, on the law and on the facts, with $20 costs and disbursements to appellants, and in the exercise of discretion the motion is denied, with $10 costs. Upon a consideration of the issues as framed by the pleadings, and the nature of Webber's employment, it is apparent that an examination of the witness could not be conducted without inevitably and of necessity involving the production and revelation of his work products. Motion for a stay dismissed, having become academic by virtue of the decision herein. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ SOLOMON KIRKWOOD, as Administrator of the Estate of HENRY D. KIRKWOOD, Deceased, Respondent, v. ALBERT DALLAS, Defendant, and GEORGE CHEATHAM, Appellant.— Order, dated May 26, 1960, as denies defendant's motion to dismiss the above-entitled action for lack of prosecution, affirmed, without costs. Concur — Botein, P. J., Breitel and Rabin, JJ.; Valente and McNally, JJ., dissent and vote to reverse and grant the motion to dismiss. No opinion.

■ BARBARA S. ROOSEVELT, Respondent, v. PHILIP J. ROOSEVELT, Appellant. — Order, dated July 15, 1960, awarding plaintiff in this separation action temporary alimony and counsel fee, unanimously modified, without costs, to the extent of reducing the counsel fee to $5,000, without prejudice to such application as plaintiff's counsel may be advised to make upon the trial of the action for an additional allowance. In the present posture of this litigation the fee allowed is excessive. It would appear that the interests of the children of the marriage would be best served by an early trial. Settle order on notice. Motion for a stay dismissed, having become academic by virtue of the decision herein. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.